**Opinion issued June 26, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00898-CV

————————————

**TRENT BERGER, Appellant**

**V.**

**METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-07775**

---

## MEMORANDUM OPINION

On April 28, 2025, appellant filed a notice of voluntary dismissal, stating that appellant no longer desires to pursue the appeal. Because there was no certificate of conference, the Court held this notice, but no response or opposition was filed.

The appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a), 43.7(f).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.